# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DATREIZ HARRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV411-128 |
| CLIFFORD DUNBAR and GLADYS DUNBAR, | ) ) ) ) |
| Defendants. | ) |

## ORDER

Civil rights plaintiff Datreiz Harris has moved to have his case transferred to the United States District Court for the Middle District of Georgia. (Doc. 7.) As he explains in his motion, he mistakenly filed the action here, but the defendants reside in and the relevant events occurred in Thomasville, Georgia, which lies within the Middle District. (*Id.*); *see* 28 U.S.C. § 90(b)(7) (noting that Thomasville and Thomas County fall within the Middle District of Georgia's Thomasville Division). Since his claims arise from events that transpired in Thomasville and the defendants are located there, plaintiff's motion to transfer is **GRANTED**. *See* 28 U.S.C. § 1406 (permitting district courts

to dismiss or transfer cases suffering from venue defects). The Clerk is therefore **DIRECTED** to transfer this case to the Middle District of Georgia for all further proceedings.

**SO ORDERED** this 9TH day of June, 2011.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**