# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

DATREIZ HARRIS,

    Plaintiff

vs.

CLIFFORD and GLADYS DUNBAR,

    Defendants

NO. 7:11-CV-80 (HL)

**O R D E R**

Plaintiff **DATREIZ HARRIS**, an inmate at Georgia State Prison, has filed a motion to proceed *in forma pauperis* on appeal from the Court's June 15, 2011, Order that dismissed Plaintiff's *pro se* civil rights complaint filed under 42 U.S.C. § 1983. Based on the reasoning of this Court's prior order, the Court finds that the appeal is frivolous and not taken in good faith. 28 U.S.C. § 1915(a)(3). Accordingly, having been carefully considered, Plaintiff's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.

If Plaintiff wishes to proceed with his appeal, he must pay the entire $455 appellate filing fee. Because Plaintiff has stated that he cannot pay the fee immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section 1915(b), the prison account custodian shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to Plaintiff's account (to the extent the account balance exceeds $10) until the $455 appellate filing fee has been paid in full. Checks should be made payable to "Clerk, U.S. District Court."

The Clerk of Court is **DIRECTED** to send a copy of this Order to the business manager at Georgia State Prison.

**SO ORDERED**, this 29th day of July, 2011.


*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr